Certificate Number: 16339-PAE-DE-040221762

Bankruptcy Case Number: 25-13744



16339-PAE-DE-040221762

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2025, at 12:34 o'clock PM EDT, Mikhi Maxwell completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    October 21, 2025            By:    /s/Kris Krumal

                    Name:  Kris Krumal

                    Title:  Certified Financial Counselor