United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13744-djb |
| Mikhi Dee Maxwell | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 31, 2025 | Form ID: 318 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mikhi Dee Maxwell, 1007 Edgemore Rd, Philadelphia, PA 19151-3009 |
| 15051138 | | BTC CRB SPV, LLC, Attn: Bankruptcy, 1035 N Black Horse Pike Ste 6, Williamstown, NJ 08094-2840 |
| 15051149 | | Cohen Seglias Pallas Greenhall & Furman PC, 1600 Market St Fl 32, Philadelphia, PA 19103-7210 |
| 15051150 | + | Drew C Side, 3 E Collins Avenue, Collingswood, NJ 08108-3701 |
| 15051151 | | Family Business Funding, LLC, Attn: Bankruptcy, 101 Plaza Real S Ste 216, Boca Raton, FL 33432-4856 |
| 15051152 | | Headway Capital, LLC, c/o Zwicker, P.C., 900 Northbrook Dr Ste 102, Fstrvl Trvose, PA 19053-8432 |
| 15051153 | | Hill Wallack LLP, 1000 Floral Vale Blvd Ste 250, Morrisville, PA 19067-5581 |
| 15051154 | + | Hynum, P.C., P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 15051157 | | Jordan W. Felzer, P.O. Box 1068, Foxcroft Sq, PA 19046-7368 |
| 15051156 | + | Jordan W. Felzer, 435 Devon Park Drive, PO Box 2163 Building 500, Southeastern, PA 19399-2163 |
| 15051158 | + | Kyle McCann, 3 E Collins Avenue, Collingswood, NJ 08108-3701 |
| 15051159 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15051162 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15051164 | + | Spring Garden Lending Group LLC, Attn: Bankruptcy, 990 Spring Garden Street Suite 602, Philadelphia, PA 19123-2640 |
| 15051166 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Jan 01 2026 04:55:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Dec 31 2025 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 15051137 | | Email/PDF: bncnotices@becket-lee.com | Dec 31 2025 23:57:14 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15051142 | + | Email/Text: jpaige@cfgms.com | Dec 31 2025 23:54:00 | CFG Merchant Solutions, LLC, Attn: Bankruptcy, 180 Maiden Ln Fl 15, New York, NY 10038-5150 |
| 15051144 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 31 2025 23:54:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 15051146 | | Email/Text: megan.harper@phila.gov | Dec 31 2025 23:54:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15051148 | | Email/Text: megan.harper@phila.gov | Dec 31 2025 23:54:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F Kennedy Blvd Rm 580, Philadelphia, PA 19102-1640 |
| 15051139 | | EDI: CAPITALONE.COM | Jan 01 2026 04:49:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15051140 | | EDI: CITICORP | Jan 01 2026 04:49:00 | Cbna, Attn: Centralized BankruptcyDept, PO Box 790034, St Louis, MO 63179-0034 |

Case 25-13744-djb    Doc 12    Filed 01/02/26    Entered 01/03/26 00:34:44    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: 318 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| 15051141 | | EDI: CITICORP | Jan 01 2026 04:49:00 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, St Louis, MO 63179-0034 |
| 15051143 | + | EDI: CITICORP | Jan 01 2026 04:49:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15051145 | ^ | MEBN | Dec 31 2025 23:48:54 | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15051147 | | Email/Text: bankruptcy@philapark.org | Dec 31 2025 23:54:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15051155 | | EDI: IRS.COM | Jan 01 2026 04:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15051160 | | EDI: PENNDEPTREV | Jan 01 2026 04:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15051802 | | EDI: PENNDEPTREV | Jan 01 2026 04:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15051161 | ^ | MEBN | Dec 31 2025 23:49:12 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15051163 | | Email/Text: bankruptcy@philapark.org | Dec 31 2025 23:54:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15051165 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 31 2025 23:54:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15051167 | | Email/Text: bkfilings@zwickerpc.com | Dec 31 2025 23:54:00 | Zwicker & Associates, P.C., Attn: Bankruptcy, 900 Northbrook Dr Ste 102, Fstrvl Trvose, PA 19053-8432 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 02, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: 318 | Total Noticed: 35 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Mikhi Dee Maxwell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mikhi Dee Maxwell**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1589<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   25–13744–djb | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mikhi Dee Maxwell

12/30/25                                                **By the court:** Derek J Baker
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318            **Order of Discharge**            page 2